IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gregory Smith                         ,

**Plaintiff,**

v.

The City of Nelsonville              ,

**Defendant.**

Civil Action 2 : 25 -cv- 1267
Judge Michael H. Watson
Magistrate Judge Jolson

## RULE 26(f) REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on 12/8/2025 and was attended by:

Daniel H. Klos (0031294)              , counsel for plaintiff(s) Jolson                    ,

_____, counsel for plaintiff(s)_____,

L. Scott Petroff (0099563)            , counsel for defendant(s) Jonathan Robe, (Ind. Cap) ,

Thomas N. Spyker (0098075)            , counsel for defendant(s) (All)                    ,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1. CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

✔ Yes     ____ No

2. INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

✔ Yes     ____ No     ____ The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by 1/30/2026 .

3.  **VENUE AND JURISDICTION**

Are there any contested issues related to venue or jurisdiction?

\_\_\_\_Yes  ✔ No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by _____.

4.  **PARTIES AND PLEADINGS**

    a.  The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by 2/27/2026.

    b.  If the case is a class action, the parties agree that the motion for class certification shall be filed by _____.

5.  **MOTIONS**

    a.  Are there any pending motion(s)?

    \_\_\_\_Yes  ✔ No

    If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

    b.  Are the parties requesting expedited briefing on the pending motion(s)?

    \_\_\_\_Yes  \_\_\_\_No

    If yes, identify the proposed expedited schedule:

    Opposition to be filed by_____; Reply brief to be filed by_____.

6.  **ISSUES**

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

Smith's counterclaim for this Court begins with the Fourth Cause of Action and continues with subparts for 1st Amendment violation and First Amend Retaliation for one set of defendants, The Fifth Cause of Action continues with First Amend Retaliation for a different set of defendants. Causes are premised on 42 USC §1983 and 14th Amendment app. There is a jury DMD.

2

7. DISCOVERY PROCEDURES

   a. The parties agree that all discovery shall be completed by 8/31/2026. The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call-in number.

   b. Do the parties anticipate the production of ESI? ____Yes ✔ No

   If yes, describe the protocol for such production:

   c. Do the parties intend to seek a protective order or clawback agreement?

   If yes, such order or agreement shall be produced to the Court by_____.

8. DISPOSITIVE MOTIONS

   a. Any dispositive motions shall be filed by 12/11/2026.

   b. Are the parties requesting expedited briefing on dispositive motions?

   ____Yes ✔ No

   If yes, identify the proposed expedited schedule:

   Opposition to be filed by_____; Reply brief to be filed by_____.

9. EXPERT TESTIMONY

   a. Primary expert reports must be produced by 9/30/2026.

   b. Rebuttal expert reports must be produced by 10/30/2026.

10. SETTLEMENT

Plaintiff(s) will a make a settlement demand by 2/27/2026. Defendant will respond by 3/27/2026. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year. The parties request the following month and year: April 2026

3

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11.  RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

\_\_\_\_\_Yes, the parties would like a conference with the Court prior to it issuing a scheduling order. The parties request that the conference take place _____ in chambers_____by telephone.

✔ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12.  OTHER MATTERS

Indicate any other matters for the Court's consideration:


Signatures:

Attorney for Plaintiff(s):

Daniel H. Klos
Counsel for Gregory Smith
Bar #
(0031294)


Counsel for _____
Bar #


Attorney for Defendant(s):

L. Scott Petroff
Counsel for Jonathan Robe
Bar #
(0099563)

Thomas N. Spyker
Counsel for City of Nelsonville
Bar #
(0098075)


Counsel for _____
Bar #

Counsel for _____
Bar #

Date: 12/9/2025

4