IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GREGORY SMITH,**

    **Plaintiff,**

  v.                                               **Civil Action 2:25-cv-1267**
                                                       **Judge Michael H. Watson**
                                                       **Magistrate Judge Kimberly A. Jolson**

**THE CITY OF NELSONVILLE, et al.,**

    **Defendants.**

## **ORDER**

    This matter is before the Court on Defendants' Motion to Stay Proceedings. Having considered this matter fully, good cause exists for the Motion, and the Motion is hereby **GRANTED**. The City of Nelsonville is instructed to file a status report every 30 days or otherwise inform the Court when this controversy has been resolved.

    IT IS SO ORDERED.


Date:  January 21, 2026                                        /s/ Kimberly A. Jolson
                                                                           KIMBERLY A. JOLSON
                                                                           UNITED STATES MAGISTRATE JUDGE